

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00143-CR

| | | |
|---|---|---|
| Norman Lee Olson II | § | From the 97th District Court |
| | § | of Clay County (2013-0036C-CR) |
| v. | § | April 23, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel